RE: Case No. 25-0439                          DATE: 9/12/2025
COA #: 15-24-00084-CV                          TC#: 24-0267
STYLE: CITY OF SAN MARCOS v. STATE OF TEX.

Today the Supreme Court of Texas denied the petition for review in the above-referenced case.

MR. CORY  SCANLON
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
PO BOX 12548
AUSTIN, TX  78711-2548
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0439          DATE: 9/12/2025
COA #: 15-24-00084-CV                  TC#: 24-0267
STYLE: CITY OF SAN MARCOS v. STATE OF TEX.

Today the Supreme Court of Texas denied the petition for review in the above-referenced case.

MS. SYDNEY  SADLER
LLOYD GOSSELINK ROCHELLE & TOWNSEND, P.C.
816 CONGRESS AVENUE
SUITE 1900
AUSTIN, TX  78701
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0439              DATE: 9/12/2025
COA #: 15-24-00084-CV           TC#: 24-0267
STYLE: CITY OF SAN MARCOS v. STATE OF TEX.

      Today the Supreme Court of Texas denied the petition for review in the above-referenced case.

SAMUEL  AGUIRRE
SAN MARCOS CITY ATTORNEY'S OFFICE
630 EAST HOPKINS STREET
SAN MARCOS, TX  78666-6300
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0439                    DATE: 9/12/2025
COA #: 15-24-00084-CV                      TC#: 24-0267
STYLE: CITY OF SAN MARCOS v. STATE OF TEX.

Today the Supreme Court of Texas denied the petition for review in the above-referenced case.

MR. JOSE E. DE LA FUENTE
LLOYD GOSSELINK ROCHELLE & TOWNSEND, P.C.
816 CONGRESS AVENUE
SUITE 1900
AUSTIN, TX  78701
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0439           DATE: 9/12/2025
COA #: 15-24-00084-CV          TC#: 24-0267
STYLE: CITY OF SAN MARCOS v. STATE OF TEX.

    Today the Supreme Court of Texas denied the petition for review in the above-referenced case.

JACOB  PRZADA
OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 12548
AUSTIN, TX  78711
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0439                    DATE: 9/12/2025
COA #: 15-24-00084-CV              TC#: 24-0267
STYLE: CITY OF SAN MARCOS v. STATE OF TEX.

    Today the Supreme Court of Texas denied the petition for review in the above-referenced case.


                    DISTRICT CLERK  HAYS COUNTY
                    HAYS COUNTY COURT
                    HAYS GOVERNMENT CENTER, SUITE 2211
                    712 SOUTH STAGECOACH TRAIL
                    SAN MARCOS, TX  78666
                    * DELIVERED VIA E-MAIL *

RE: Case No. 25-0439          DATE: 9/12/2025
COA #: 15-24-00084-CV         TC#: 24-0267
STYLE: CITY OF SAN MARCOS v. STATE OF TEX.

     Today the Supreme Court of Texas denied the petition for review in the above-referenced case.

                 CHRISTOPHER  PRINE
                 FIFTEENTH COURT OF APPEALS
                 P.O, BOX 12852
                 AUSTIN, TX  78711
                 * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0439        DATE: 9/12/2025
COA #: 15-24-00084-CV        TC#: 24-0267
STYLE: CITY OF SAN MARCOS v. STATE OF TEX.

Today the Supreme Court of Texas denied the petition for review in the above-referenced case.

MR. JAMES F. PARKER III
LLOYD GOSSELINK ROCHELLE & TOWNSEND, P.C.
816 CONGRESS AVENUE
SUITE 1900
AUSTIN, TX  78701
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0439                    DATE: 9/12/2025
COA #: 15-24-00084-CV                   TC#: 24-0267
STYLE: CITY OF SAN MARCOS v. STATE OF TEX.

Today the Supreme Court of Texas denied the petition
for review in the above-referenced case.

MR. JOHNATHAN D. STONE
OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 12548
AUSTIN, TX  78711-2548
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0439                    DATE: 9/12/2025
COA #: 15-24-00084-CV                   TC#: 24-0267
STYLE: CITY OF SAN MARCOS v. STATE OF TEX.

Today the Supreme Court of Texas denied the petition for review in the above-referenced case.

MS. GABRIELLE  SMITH
LLOYD GOSSELINK ROCHELLE & TOWNSEND, P.C.
816 CONGRESS AVENUE
SUITE 1900
AUSTIN, TX  78701
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0439    DATE: 9/12/2025
COA #: 15-24-00084-CV    TC#: 24-0267
STYLE: CITY OF SAN MARCOS v. STATE OF TEX.

Today the Supreme Court of Texas denied the petition for review in the above-referenced case.

MS. BARBARA  LEE QUIRK
SAN MARCOS CITY ATTORNEY'S OFFICE
630 EAST HOPKINS
SAN MARCOS, TX  78666
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0439                    DATE: 9/12/2025
    COA #: 15-24-00084-CV                 TC#: 24-0267
STYLE: CITY OF SAN MARCOS v. STATE OF TEX.

Today the Supreme Court of Texas denied the petition for review in the above-referenced case.

KYLE  TEBO
OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 12548
AUSTIN, TX  78711
* DELIVERED VIA E-MAIL *